UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JONATHAN THOMAS,

                Plaintiff,                          **MEMORANDUM AND**
                                                                           **JUDGMENT**
      - against -                                 15-CV-1621 (RRM) (RER)

CITY OF NEW YORK, ANDRE BLAKE,
DAMON MARTIN, and JOHN DOE,

                Defendants.
-------------------------------------------------------------X
ROSLYNN R. MAUSKOPF, United States District Judge.

       At a hearing held on August 20, 2015, plaintiff Jonathan Thomas voluntarily dismissed the above-captioned matter on the record before the Court, predicated upon the parties' stipulation that such voluntary dismissal was without prejudice to his right to commence any action pursuant to the authority of Section 205 of the CPLR. *See generally George v. Mt. Sinai Hosp.*, 47 N.Y.2d 170, 180–81 (1979) (noting that parties may stipulate to plaintiff's ability to commence a new action notwithstanding Section 205(a)'s preclusion of matters terminated by voluntary continuance). As such, it is hereby

       ORDERED ADJUDGED AND DECREED that plaintiff take nothing of defendants; and that all claims brought by plaintiff as against defendants are dismissed without prejudice pursuant to the terms set forth on the record as above, and that this case is hereby closed.

                                                                 SO ORDERED.

Dated: Brooklyn, New York                        *Roslynn R. Mauskopf*
       August 20, 2015                              _____
                                                           ROSLYNN R. MAUSKOPF
                                                            United States District Judge